July 3, 2015

To office of the clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 08 2015

Abel Acosta, Clerk

Re: Ex Parte Rodney K Williams - Habeas Corpus 262nd District, Harris County
1224792-A, 1224794-A, 1255821-A, 1231935-A, 1225681-A
Court of Criminal Appeals Remand Order February 25th, 2015

This is to inquire to you if you have recieved any supplemental records pursuant to the Courts order on February 25th, 2015 designating the trial Court to make additional findings of fact in my habeas Corpus that is before this Court.

I do not believe the trial Court made any resolutions to this Courts order. The deadline for the trial Court to resolve the issue in this order was May 26th, 2015 and the deadline for the clerk to transmitt the additional findings was June 25th, 2015. I have not recieved any notice from the clerk or the trial Court that it has done so.

If you could please promptly relay if this Court has recieved any additional documents or records pursuant to this Courts order that these trial officials were supposed to send? If not I will make a proper motion or mandamus before this Court directed toward the officials at the trial Court level.

Sincerely,
Rodney Williams
#1635827
Robertson Unit
12071 F.M. 3522
Abilene, TX 79601